# **MEMORANDUM**

TO: Honorable J. Scott Hacker
U.S. Magistrate Court Judge

FROM: Brian D. Buehler
Assistant Federal Public Defender

RE: U.S. v. David Dean
CR. No. M-22-PO-0003

DATE: December 12, 2022

    I am the attorney appointed to represent David Dean. After talking to Mr. Dean, additional time is needed and would appreciate it if court could schedule a Status Hearing on January 3, 2023 or any date after.

    Thank you for your attention to this matter.

BDB:vvo
email: AUSA: Eliza Carmen Rodriguez
ecf:: USPO
xc: FPD file